No. 77–5612.  HAWKINS-EL ET AL. v. COLLINS, WARDEN. C. A. 4th Cir.  Certiorari denied.  Application for bail, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 76–1418.  COUNTY BOARD OF ARLINGTON COUNTY ET AL. v. RICHARDS ET AL., *ante*, p. 5;

No. 76–1440.  GOLDSTEIN v. UNITED STATES, *ante*, p. 902;

No. 76–1547.  SLOAN ET AL. v. SECURITIES AND EXCHANGE COMMISSION ET AL., *ante*, p. 821;

No. 76–1578.  VISCONTI v. UNITED STATES, *ante*, p. 822;

No. 76–1599.  PRYOR v. UNITED STATES, *ante*, p. 824;

No. 76–1654.  BROWNSELL ET UX. v. DAVIDSON ET AL., *ante*, p. 826;

No. 76–1670.  PERRY v. UNITED STATES, *ante*, p. 827;

No. 76–1811.  TRACY v. OHIO, *ante*, p. 805;

No. 76–1824.  JACKSON v. STONE & SIMONS ADVERTISING, INC., ET AL., *ante*, p. 806;

No. 76–1845.  EX PARTE MOODY, *ante*, p. 835;

No. 76–6261.  RANSOM v. UNITED STATES, *ante*, p. 908;

No. 76–6697.  VISCONTI v. UNITED STATES, *ante*, p. 822;

No. 76–6720.  RICHMOND v. ARIZONA, 433 U. S. 915;

No. 76–6756.  CHENAULT v. STYNCHCOMBE, SHERIFF, *ante*, p. 878;

No. 76–6975.  McDOWELL v. MORRIS, *ante*, p. 853;

No. 77–19.  IN RE BOSTON & PROVIDENCE RAILROAD CORP., *ante*, p. 855;

No. 77–31.  KING v. UNITED STATES, *ante*, p. 855;

No. 77–38.  TIMMONS v. LAWTON ET AL., *ante*, p. 813;

No. 77–49.  HOLM v. UNITED STATES, *ante*, p. 856; and

No. 77–71.  DINEEN ET AL. v. BILANDIC, *ante*, p. 856.  Petitions for rehearing denied.